

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-5-2008

# Simon v. Wiessmann

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3880

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Simon v. Wiessmann" (2008). *2008 Decisions.* Paper 156.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/156

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-3880

_____

RICHARD D. SIMON, Individually and as Attorney-in-Fact
for Vera Pomerantz, and on behalf of all others similarly situated,
VERA POMERANTZ, Individually Through Her Attorney-in-Fact,
and on behalf of all others similarly situated

v.

ROBIN L. WEISSMANN, Treasurer of the Commonwealth of Pennsylvania

Richard D. Simon, Vera Pomerantz, and *Ronald J. Smolow,

Appellants

*(Pursuant to Rule 12(a), F.R.A.P.)

Submitted Under Third Circuit L.A.R. 34.1(a)
October 28, 2008

Before: McKEE, NYGAARD, and MICHEL,* *Circuit Judges*


ORDER AMENDING OPINION


At the direction of the Court, the Clerk is directed to file an amended Opinion.


/s/ Marcia M. Waldron
Clerk

Dated: December 5, 2008

---

*The Honorable Paul R. Michel, Chief Judge of the United States Court of Appeals for the Federal Circuit, sitting by designation.